IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 10-cr-00411-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE CARMEN LEON-GARCIA,

    Defendant.

---

### ORDER DISMISSING COUNT TWO OF THE INDICTMENT

---

This matter is before the Court on the government's Motion to Dismiss Count Two of the Indictment [Docket No. 15]. The Court has reviewed the pleading and is fully advised in the premises. It is

ORDERED that the motion [Docket No. 15] is granted. Count Two of the indictment is dismissed with prejudice.

DATED September 20, 2010.

BY THE COURT:

_____
PHILIP A. BRIMMER
United States District Judge